# Exhibit A




United States Department of the Interior

NATIONAL PARK SERVICE
Interior Region 1
North Atlantic-Appalachian
1234 Market Street, 20th Floor
Philadelphia, PA   19107

IN REPLY REFER TO:

1.A.2. (STON)                                                                                       September 17, 2021

Mr. Michael Petrelis
San Francisco, California
Mpetrelis@aol.com

Dear Mr. Petrelis:

Thank you for your letter dated June 3, 2021, to Secretary of the Interior Deb Haaland regarding the flagpole near Christopher Park, which is located within the Stonewall National Monument boundary.  Your letter has been forwarded to me for a response.  I have been asked to convey appreciation for your kind words about the Secretary's confirmation and how grateful the Secretary is for this opportunity to serve.

On June 24, 2016, President Barack Obama issued Presidential Proclamation 9465, establishing the Stonewall National Monument in New York, NY.  The proclamation establishes a national monument boundary encompassing 7.70 acres of land, which includes public and privately owned property (such as the Stonewall Inn and nearby city streets) that is identical to the boundary of the Stonewall National Historic Landmark.  The federally owned property within the monument boundary consists of the 0.12-acre parcel of land known as Christopher Park.  This property was donated to the Federal Government by the City of New York in 2016 and does not include the flagpole near Christopher Park.  This boundary has not changed since the national monument's establishment.

Although the flagpole near Christopher Park is located within the boundary of the Stonewall National Monument, the parcel of land on which it stands does not legally belong to the National Park Service (NPS).  This parcel of land and the flagpole is owned and managed by New York City.  Therefore, the NPS does not have the legal authority to manage or to conduct operations on this property.

Since the establishment of Stonewall National Monument in 2016, our purpose is to preserve and interpret resources associated with the Stonewall Uprising or Rebellion, a momentous event in the history of the civil rights movement for the LGBTQ+ community.  The NPS is committed to providing a positive and inclusive environment at Stonewall National Monument for our visitors and neighbors that reflect and support the LGBTQ+ community.

As an agency, we recognize the significance of the rainbow flag to Stonewall National Monument and the community.  Over the past several months, local park management installed a temporary flagpole, and the rainbow flag is proudly flown for the public to enjoy.  We are also delighted to advise that the park received a generous donation from the National Park Foundation and a portion of those funds have been committed towards the installation of a flagpole that will complement the historic iron fence surrounding the federally owned Christopher Park.  This new

flagpole will be permanently located front and center in the beautiful gardens inside Christopher Park.

We thank you for your interest in the National Park Service, specifically Stonewall National Monument. If you require further information, please contact Manhattan Sites Superintendent Shirley McKinney at (212) 825-6991 or Shirley_mckinney@nps.gov.

Sincerely,

Gay Vietzke
Regional Director