# Exhibit C

# Department of the Interior
# Departmental Manual

**Effective Date**: 6/23/17
**Series**:  Administrative Services
**Part 310**:   General
**Chapter 5**:   Flags

**Originating Office**:   Office of Facilities and Administrative Services

**310 DM 5**

5.1   **Purpose**.   This chapter provides Department of the Interior (DOI) policy for displaying and flying the United States Flag (U.S. flag) and authorized flags representing DOI.

5.2   **Responsibilities**.

   A.   The Office of Facilities and Administrative Services (OFAS) is responsible for establishing and disseminating DOI policy and guidance regarding flags.

   B.   Bureaus/Offices are responsible for flying flags in accordance with the policy in this chapter.

5.3   **Flag of the United States of America**.

   A.   Policy.

      (1)   Bureaus/Offices will display and use the U.S. flag as required by the Joint Resolution of June 22, 1942, as amended; Presidential Proclamation 3044 dated March 1, 1954; Public Law 94-344; and 36 U.S.C. §§173-178.   The DOI policy for displaying and using the U.S. flag is supplemented by General Services Administration (GSA) regulations, which govern the display or flying of the U.S. flag at GSA controlled installations.

      (2)   The U.S. flag should be flown in accordance with 36 U.S.C. §174.   The U.S. flag should be displayed in the Offices of the Secretary, Solicitor, Assistant Secretaries, Inspector General, and the headquarters and regional headquarters offices of bureaus/offices. It should also be displayed or flown at official functions and special occasions, such as dedications, ceremonies, press conferences, etc.

   B.   Flying and Displaying the U.S. Flag.   The position and manner of displaying the U.S. flag will be in accordance with 36 U.S.C. §175, which outlines common use requirements.

Generally, when the U.S. flag is displayed with other flags on separate staffs, it will be on the right, i.e., the flag's right (viewers left).   No other flag may be placed higher than the U.S. flag as shown in Illustration I.

    C.    <u>Specifications</u>.   The height of a flagpole and whether it is a ground pole or a roof pole determines the size of the flag to be flown.   The following serves as a guide:

| FLAGPOLE SPECIFICATIONS | |
|---|---|
| **Ground Flagpoles** | |
| Height (in feet) | Flag Size* |
| 30 | 3' 6" hoist x 6' 7 3/4" fly |
| 40 | 5' hoist x 9' 6" fly |
| 50 | 5' hoist x 9' 6" fly |
| 60 | 8' 11 3/8" hoist x 17' fly** |
| **Roof Flagpoles** | |
| 20 | 3'6" hoist x 6'7 3/4" fly |
| 30 | 5' hoist x 9' 6" fly |
| 40 | 5' hoist x 9' 6" fly |
| 50 | 8' 11 3/8" hoist x 17' fly** |
| 60 | 8' 11 3/8" hoist x 17' fly** |

\*    Sizes as listed in GSA Catalog.
\*\*    When more than one flag is flown on the same pole, it may be advisable to fly a smaller size flag.   Other flags, however, may not exceed the size of the U.S. flag.

    D.    <u>Half-Staffing</u>.   The U.S. flag will be flown at half-staff on occasions specified in Presidential Proclamation 3044, and when so directed by the Secretary of the Interior.

    (1)    The OFAS will notify bureau headquarters offices of occasions when half-staffing is required.

    (2)    Bureaus should disseminate the information contained in Presidential Proclamation 3044 to all field activities that have flag flying responsibility and establish internal notification procedures to ensure compliance with half-staffing requirements.   Bureau headquarters offices will notify affected field activities on these occasions.

6/23/17 #4079
Replaces 4/29/02 #3399

  E. <u>Unserviceable Flags</u>. Torn, frayed, soiled, or otherwise damaged flags are unserviceable and will not be flown. Flags should be inspected daily before being raised for the day. Unserviceable flags may not be discarded in the trash, but will be disposed of by burning, out of public view, and in a manner that does not constitute a fire hazard.

  F. <u>Procurement</u>. The U.S. flag may be purchased through GSA Federal Supply Sources.

5.4 **Flags of the Department of the Interior**.

  A. <u>The Department of the Interior Flag (Department Flag)</u>. The Department flag will be displayed or flown only in conjunction with the U.S. flag and only as specified in this chapter.

   (1) <u>Displaying and Flying the Department Flag</u>.

    (a) <u>DOI-controlled Installations</u>. The Department flag will be flown in conjunction with the U.S. flag at the entrance to, near, or over the main administration and headquarters buildings at all DOI-controlled installations. The flag should be displayed as required in paragraph 5.3A (2) above.

    (b) <u>GSA-controlled Installations</u>. GSA's Public Building Service is responsible for displaying and flying flags at GSA-controlled buildings. For special occasions, approval may be obtained from the appropriate GSA Regional Office to fly the Department flag at the entrance to, near, or over DOI-occupied buildings under GSA control.

    (c) <u>Leased Facilities</u>. The Department flag will be flown at leased facilities that are solely occupied by DOI, where leasing arrangements (and GSA policy) permit.

   (2) <u>Description</u>. The official Department flag is 5 feet 5 inches on the hoist by 9 feet 6 inches on the fly. As shown in Illustration II, the color is light blue and white, arranged in four alternate triangles. The four quadrants represent the original major activities of the Department: Fish and Wildlife, Mineral Resources, Water and Power, and Public Land Management. In the center of the flag is the Departmental seal, 26 inches in diameter.

    (a) <u>Indoor Flag</u>. The flag for inside use is made of nylon cloth, with a pole hem and leather tabs, and trimmed on three sides with gold-colored fringe 22 inches wide. The flag will be mounted on a staff surmounted by a gold spread eagle.

    (b) <u>Outdoor Flag</u>. The flag for outside use is made of nylon without gold-colored fringe. This flag is complete with a canvas heading and metal grommets.

    (c) <u>Department Vessel Flag</u>. The vessel flag is 22 inches on the hoist by 32 inches on the fly and is fabricated from nylon cloth.

        (3)    <u>Procurement</u>.   Department flags may be purchased from OFAS for authorized use only.

    B.    <u>Secretary of the Interior Flag</u>.   The Secretary's flag is significant of the rank or office of the Secretary of the Interior.   It may be displayed only in the Secretary's office or in the Secretary's immediate presence, such as on an automobile in which the Secretary is a passenger, or at functions at which the Secretary is present.   At the Secretary's direction, it may be flown over DOI-controlled buildings in which the Secretary is present.   At the written request of the Secretary and with the written concurrence of the appropriate GSA Regional Administrator, the Secretary's flag may be flown over GSA-controlled buildings when the Secretary is present.

    C.    <u>Secretary's Ceremonial Flag</u>.   The ceremonial flag of the Secretary of the Interior is 4 feet 5 inches on the hoist by 5 feet 6 inches on the fly and made of oriental blue nylon cloth.   It is made with a pole hem and leather tabs and trimmed on three sides by gold-colored fringe 22 inches wide.   In the center of the flag is the official DOI seal, 26 inches in diameter.   Extending across from the left are seven stars, three above and four below the seal.   Each star has 5 points and is 5 inches in diameter with one point upward.   The stars represent the seven principal activities of DOI at the time the flag was adopted.   These seven activities are:   Bureau of Indian Affairs, Bureau of Reclamation, National Park Service, Bureau of Land Management, Bureau of Mines, U.S. Geological Survey, and U.S. Fish and Wildlife Service.   The flag is mounted on a staff surmounted by a gold spread eagle and decorated by a gold-colored cord with tassels at each end.

    D.    <u>Deputy Secretary of the Interior Flag</u>.   The ceremonial flag of the Deputy Secretary of the Interior is identical to that of the Secretary, except that the flag background is white and the stars are blue.   It is made with pole hem and leather tabs, and trimmed on three sides by gold-colored fringe 22 inches wide.   The flag is for indoor display only, in the immediate office of the Deputy Secretary, and at official functions and ceremonies at which the Deputy Secretary is the principal speaker.

    E.    <u>Assistant Secretary Flag</u>.   The flag of the Assistant Secretaries is identical to the flag of the Deputy Secretary except that the flag is trimmed on three sides by blue-colored fringe 22 inches wide.   The flag is for indoor display only in the offices of the Assistant Secretaries and at official functions and ceremonies at which an Assistant Secretary is the principal speaker.

    F.    <u>Bureau Flags</u>.   Bureaus that have authorized flags will issue directives governing the policy, custody, and use of such flags in accordance with the provisions of this chapter.   Bureaus must submit design modifications of existing bureau flags and proposed designs for new flags authorized by statute to the Director, OFAS for review.

        (1)    Bureau flags may be displayed in conjunction with the U.S. and Department flags in headquarters and regional headquarters offices occupied by officials at the level of Regional Director or above and at official ceremonies and functions of the bureau when the general public is present.

   (2) Bureau flags may not be displayed higher than the U.S. or Department flag.

   (3) Bureau flags may be flown at facilities which are solely occupied by the bureau, provided the U.S. and Department flags are also flown on separate flagpoles, if an additional flagpole is available for this purpose.

5.5 **Protocol for United States and Department of the Interior Flags**.

  A. Display of the U.S. flag with various DOI flags will be in the following order:

   (1) United States flag.

   (2) Department of the Interior flag.

   (3) Secretary of the Interior flag (when the Secretary is present).

   (4) Deputy Secretary flag (when the Deputy Secretary is present).

   (5) Assistant Secretary flag (when an Assistant Secretary is present).

   (6) Bureau flag(s).

  B. When displaying flags of the various agencies or equivalent, the protocol is established by the Department of State.

5.6 **Other Flags and Pennants.** The Director, OFAS (for DOI-operated and leased space) and the Regional Administrator or other appropriate GSA official (for space operated or leased by GSA and operated by the building owner) may authorize the flying of flags and pennants, other than those described in this chapter, as appropriate, provided flags and flagpole space are available for this purpose.

  A. <u>Foreign Flags</u>. Foreign flags are flown on individual staffs at the same height as and to the right of the U.S. flag, as shown in Illustration I.

  B. <u>State Flags</u>. State flags may be flown on the anniversary of statehood, on state holidays and on other special occasions, at the request of the State government or with permission from OFAS.

  C. <u>City Flags</u>. City flags may be flow on the anniversary of the founding of the city and on special occasions, at the request of the City government or with permission from OFAS.

  D. <u>Bureau Flags</u>. The order of protocol for bureau flags not covered in this chapter is as follows:

   (1) U.S. flag;

  (2) Department flag; and

  (3) Bureau flags (Bureau flags may not be larger than or flown higher than the U.S. or Department flags).

6/23/17 #4079
Replaces 4/29/02 #3399