# Exhibit D



NATIONAL PARK SERVICE  •  U.S. DEPARTMENT OF THE INTERIOR

# Foundation Document
## Stonewall National Monument

**New York**                                          **May 2019**



Foundation Document



# Contents

**Mission of the National Park Service** . . . . . . . . . . . . . . . . . . . . . . . . . . 1

**Introduction** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 2

**Part 1: Core Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3
    Brief Description of the Park . . . . . . . . . . . . . . . . . . . . . . . . . 3
        Historical Overview . . . . . . . . . . . . . . . . . . . . . . . . 6
    Park Purpose . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8
    Park Significance . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9
    Fundamental Resources and Values . . . . . . . . . . . . . . . . . . . . 10
    Interpretive Themes . . . . . . . . . . . . . . . . . . . . . . . . . . . 11

**Part 2: Dynamic Components** . . . . . . . . . . . . . . . . . . . . . . . . . . . . 12
    Special Mandates and Administrative Commitments . . . . . . . . . . 12
        Special Mandates . . . . . . . . . . . . . . . . . . . . . . . . . 12
        Administrative Commitments . . . . . . . . . . . . . . . . . . . 12
    Assessment of Planning and Data Needs . . . . . . . . . . . . . . . . 13
        Identification of Key Issues and Associated Planning and Data Needs . . . 14

**Part 3: Contributors** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Stonewall National Monument . . . . . . . . . . . . . . . . . . . . . 15
    NPS Northeast Region . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Other NPS Staff . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15
    Partners . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 15

**Appendixes** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 16
    Appendix A: Presidential Proclamation for
        Stonewall National Monument . . . . . . . . . . . . . . . . . 16
    Appendix B: Stonewall National Historic Landmark Nomination . . . . . . 21

Foundation Document



# Mission of the National Park Service

The National Park Service (NPS) preserves unimpaired the natural and cultural resources and values of the national park system for the enjoyment, education, and inspiration of this and future generations. The National Park Service cooperates with partners to extend the benefits of natural and cultural resource conservation and outdoor recreation throughout this country and the world.

The NPS core values are a framework in which the National Park Service accomplishes its mission. They express the manner in which, both individually and collectively, the National Park Service pursues its mission. The NPS core values are:

- **Shared stewardship:** We share a commitment to resource stewardship with the global preservation community.

- **Excellence:** We strive continually to learn and improve so that we may achieve the highest ideals of public service.

- **Integrity:** We deal honestly and fairly with the public and one another.

- **Tradition:** We are proud of it; we learn from it; we are not bound by it.

- **Respect:** We embrace each other's differences so that we may enrich the well-being of everyone.

The National Park Service is a bureau within the Department of the Interior. While numerous national park system units were created prior to 1916, it was not until August 25, 1916, that President Woodrow Wilson signed the National Park Service Organic Act formally establishing the National Park Service.

The national park system continues to grow and comprises more than 400 park units covering more than 84 million acres in every state, the District of Columbia, American Samoa, Guam, Puerto Rico, and the Virgin Islands. These units include, but are not limited to, national parks, monuments, battlefields, military parks, historical parks, historic sites, lakeshores, seashores, recreation areas, scenic rivers and trails, and the White House. The variety and diversity of park units throughout the nation require a strong commitment to resource stewardship and management to ensure both the protection and enjoyment of these resources for future generations.



*The arrowhead was authorized as the official National Park Service emblem by the Secretary of the Interior on July 20, 1951. The sequoia tree and bison represent vegetation and wildlife, the mountains and water represent scenic and recreational values, and the arrowhead represents historical and archeological values.*

Foundation Document

## Introduction

Every unit of the national park system will have a foundational document to provide basic guidance for planning and management decisions—a foundation for planning and management. The core components of a foundation document include a brief description of the park as well as the park's purpose, significance, fundamental resources and values, and interpretive themes. The foundation document also includes special mandates and administrative commitments, an assessment of planning and data needs that identifies planning issues, planning products to be developed, and the associated studies and data required for park planning. Along with the core components, the assessment provides a focus for park planning activities and establishes a baseline from which planning documents are developed.

A primary benefit of developing a foundation document is the opportunity to integrate and coordinate all kinds and levels of planning from a single, shared understanding of what is most important about the park. The process of developing a foundation document begins with gathering and integrating information about the park. Next, this information is refined and focused to determine what the most important attributes of the park are. The process of preparing a foundation document aids park managers, staff, and the public in identifying and clearly stating in one document the essential information that is necessary for park management to consider when determining future planning efforts, outlining key planning issues, and protecting resources and values that are integral to park purpose and identity.

While not included in this document, a park atlas is also part of a foundation project. The atlas is a series of maps compiled from available geographic information system (GIS) data on natural and cultural resources, visitor use patterns, facilities, and other topics. It serves as a GIS-based support tool for planning and park operations. The atlas is published as a (hard copy) paper product and as geospatial data for use in a web mapping environment. The park atlas for Stonewall National Monument can be accessed online at: http://insideparkatlas.nps.gov/.



# Part 1: Core Components

The core components of a foundation document include a brief description of the park, park purpose, significance statements, fundamental resources and values, and interpretive themes. These components are core because they typically do not change over time. Core components are expected to be used in future planning and management efforts.

## Brief Description of the Park

Stonewall National Monument (the monument) is a 7.7-acre site in the Greenwich Village neighborhood of New York City established by presidential proclamation in 2016. The monument encompasses both public and private property, including the privately owned Stonewall Inn, portions of the New York City street network, and 0.12-acre Christopher Park, which was donated to the federal government by the City of New York. Viewed from Christopher Park's central location, this historic landscape—the park itself, the Stonewall Inn, the streets and sidewalks of the surrounding neighborhood—reveals the story of the Stonewall uprising, a watershed moment for LGBTQ rights and a transformative event in the nation's civil rights movement. It was not the first time members of the LGBTQ community organized in their own interest. Yet, the movement to commemorate Stonewall on the first anniversary of the event inspired the largest and most successful collective protest for LGBTQ rights the nation had ever seen.

As one of the only public open spaces serving Greenwich Village west of 6th Avenue, Christopher Park has long been central to the life of the neighborhood and to its identity as an LGBTQ-friendly community. The park was created in 1837 after a large fire in 1835 devastated an overcrowded tenement on the site. By the 1960s, Christopher Park was a destination for LGBTQ youth, many of whom had run away from or been kicked out of their homes. Christopher Park served as a gathering place, refuge, and platform to voice demands for LGBTQ civil rights. Christopher Park continues to be an important place for the LGBTQ community to assemble for marches and parades, including the annual NYC Pride; expressions of grief and anger; and celebrations of victory and joy.



Foundation Document



The Stonewall Inn (51-53 Christopher Street), located across the street from Christopher Park, was originally built in 1843 and 1846 as two separate two-story horse stables. In 1930, the two buildings were combined into one commercial space with a new, single exterior facade. In 1934, the first-floor space opened as a restaurant called Bonnie's Stonewall Inn, which served the neighborhood for more than 30 years. The restaurant closed in 1966, and reopened in 1967 as a gay bar called the Stonewall Inn. Since the Stonewall uprising in 1969, the Stonewall Inn has experienced a series of modifications as ownership and commercial use leases changed, including separation of the first floor interior into two individual commercial spaces in the early 1970s. A privately owned bar, the Stonewall Inn, now occupies the space at 53 Christopher Street, while 51 Christopher Street is used for other commercial businesses. In 2015, the Stonewall Inn was designated as a New York City Landmark.



The streets and sidewalks surrounding Christopher Park and the Stonewall Inn are an integral part of the neighborhood's historic character and played a significant role in the uprising. The irregular street grid to the west of 6th Avenue is a relic of the 18th century. Narrow streets at odd angles to each other cause directional havoc. During the Stonewall uprising, the labyrinthine street pattern helped the demonstrators, who knew the neighborhood, evade riot-control police who were not from the local precinct.

Today, Christopher Park is surrounded by brick sidewalks and a 19th-century wrought-iron fence with gated openings. Christopher Park is open daily to the public and contains a small plaza lined with brick pavers and benches. George Segal's sculpture, "Gay Liberation," is a focal point of the plaza. The sculpture was commissioned in 1979 on the 10th anniversary of the Stonewall uprising. Its installation in 1992 reinforced Christopher Park as a site to interpret the Stonewall uprising.





## Historical Overview

The 1960s are considered by many to be the starting point for the modern lesbian, gay, bisexual, transgender, and queer (LGBTQ) civil rights movement. Prior to 1960, almost everything about living openly as a lesbian, gay, bisexual, transgender, or queer person was a violation of law, rule, or policy. People who identified as LGBTQ faced increased oppression and criminal prosecution even for being physically intimate with consensual partners. The country had witnessed a number of uprisings rebelling against this oppression including Cooper's Donut Uprising (Los Angeles, 1959), Dewey's Sit-in (April 1965, Philadelphia), New Year's Ball Raid (San Francisco, 1965), Compton's Cafeteria Disturbance (San Francisco, 1966), and the Black Cat Raid (Los Angeles, 1967).

In New York City, LGBTQ people were frequently arrested for acts such as same-sex dancing or kissing, or wearing clothes of the perceived opposite gender. In some states, adults of the same sex caught having consensual sex in their own home could receive sentences of up to life in prison or be confined to a mental institution, where they faced horrific procedures, such as shock therapy, castration, and lobotomies. Many LGBTQ Americans lived in secrecy for fear of losing their jobs, being evicted from their homes, or being arrested. These experiences were frequently compounded for people who were a part of additional marginalized communities. For example, people of color in the LGBTQ community sometimes faced racism from inside the community as well as beyond. Likewise, LGBTQ people living in poverty—some of whom either chose to leave home or were forced to leave after coming out to their families—had to contend with home insecurity, hunger, and realities of living without ample means to take care of themselves.

For over a century, Greenwich Village has attracted Americans of all kinds with an interest in political activism and open expression. By the 1930s, Greenwich Village was home to a significant LGBTQ community. Despite the aggressive anti-LGBTQ policies and practices that emerged in the city in the 1950s and 60s, a variety of bars, nightclubs, restaurants, hotels, and private clubs catered to an LGBTQ clientele. The police frequently raided LGBTQ bars for illegally selling alcoholic drinks to "homosexuals." Many establishments lasted only a few months before police shut them down, a practice that intensified during mayoral election years such as 1969.

People who would identify today as LGBTQ had few choices for socializing in public and many bars they frequented were operated by organized crime. Members of the police force were often paid off in return for information about planned raids. Customers caught in a raid were routinely freed, but only after being photographed and humiliated.

By the late 1960s, the Stonewall Inn had become one of the most popular LGBTQ bars in New York City. Christopher Park, across the street from the Stonewall Inn, was also a popular place for younger gay men, most of whom were homeless, to congregate and socialize. Beyond the young street kids, the Stonewall Inn was also frequented by drag queens, transgender women, and a very small number of lesbians. As part of a crackdown on LGBTQ bars in June 1969, the Public Morals squad of Manhattan's First Police Division raided the Stonewall Inn on June 24, 1969, confiscated its liquor, and arrested its employees. The Stonewall Inn reopened the next day. Having made only minimal impact with this raid, the police decided to plan a surprise raid for the following Friday night or Saturday morning, when the bar would be crowded.

At approximately 1:15 a.m. on Saturday, June 28, 1969, undercover police officers raided the Stonewall Inn after the officers had witnessed the illegal sale of alcohol. Police threatened customers, many of whom were transgender women and drag performers, that if they refused to show identification, they would be expected to go into a bathroom where police could verify their sex. The patrons refused. As police officers began making arrests, the remaining customers gathered outside along with others who were already gathered in Christopher Park. They cheered when friends emerged from the bar under police escort, and they shouted "Gay Power!" and "We Want Freedom!" As the police paddy wagons arrived to remove the patrons that had been arrested, the crowd became agitated and began to yell and throw pennies, beer bottles, street pavers, and bricks at the officers. This led to additional conflicts between the officers and members of the crowd.

As the crowd grew angrier, the police officers retreated into the Stonewall Inn and locked themselves inside. The violence escalated as the crowd broke windows and used an uprooted parking meter to break down the doors of the Stonewall Inn. A small fire erupted inside the bar and at 3 a.m., the city's riot-control force appeared and started to push the crowd away from the Stonewall Inn, but the crowd refused to disperse. Groups of demonstrators retreated to nearby streets, only to cut back and regroup near the Stonewall Inn and Christopher Park. The riot finally abated about 4:30 a.m. In all, 13 people were arrested as a result of the raid and the Stonewall Inn was looted; doors, windows, mirrors and other fixtures were broken or destroyed. The initial Stonewall riot only lasted a couple of hours, but sparked a series of nightly protests in Christopher Park and the surrounding neighborhood streets over the following week. Each time, the riot police were called to the scene to disperse the crowds.

The events of Stonewall had an immediate impact on the LGBTQ community and activist groups in New York, drawing large numbers of people to participate in various emerging movements to secure LGBTQ rights. The New York LGBTQ community began to outwardly display signs of their sexual orientation in public, something they previously kept hidden for fear of arrest. LGBTQ activist groups, such as the Gay Liberation Front, Third World Gay Liberation, and Gay Activist Alliance, were formed immediately following the uprising, overlapping with and building upon the work of earlier activist groups. Flyers and newsletters were dispersed and media coverage of the events expanded, helping to spread the movement nationwide and internationally. Within days of the Stonewall uprising, protests were being held in cities across the country to show support and fight for LGBTQ rights. Gay Liberation Fronts were established throughout the United States as well as in England, Germany, Denmark, and New Zealand. One year later, the number of LGBTQ organizations in the country had grown from around 50 to at least 1,500, and Pride Marches were held in a number of large cities to commemorate the Stonewall uprising.

The Stonewall uprising, which occurred between June 28, 1969, and July 3, 1969, is frequently cited as the event that kicked off the modern LGBTQ civil rights movement. LGBTQ rights groups had previously formed, calling for an end to discrimination, but none led to the same level of impact. In the decades that followed, new LGBTQ organizations would be established. They would become more publicly and politically active than earlier organizations. Because the Stonewall uprising was made to represent *the* gay liberation movement, broader and more marginalized members of the community—non-binary and trans folks, drag queens, people of color, street kids, butch lesbians, etc.—claimed their rights to participate in Stonewall commemorations based on their contributions to the movement. Cultural activity related to LGBTQ rights also increased following the uprising including openly LGBTQ-themed artwork, poetry, literature, theater, motion pictures, and other nonviolent action. Stonewall, and the events that followed, empowered the LGBTQ community and those who continued to fight for civil rights. Today, Christopher Park and the Stonewall Inn are frequently used as sites of remembrance and a place of congregation as equal rights advance.



Foundation Document

## Park Purpose

The purpose statement identifies the specific reason(s) for establishment of a particular park. The purpose statement for Stonewall National Monument was drafted through a careful analysis of its enabling legislation and the legislative history that influenced its development. The park was established by presidential proclamation on June 24, 2016 (see appendix A for the proclamation). The purpose statement lays the foundation for understanding what is most important about the park.

*The purpose of STONEWALL NATIONAL MONUMENT is to preserve and protect Christopher Park and the historic resources associated with it and to interpret the Stonewall National Historic Landmark's resources and values related to the lesbian, gay, bisexual, and transgender civil rights movement.*



8

# Park Significance

Significance statements express why a park's resources and values are important enough to merit designation as a unit of the national park system. These statements are linked to the purpose of Stonewall National Monument, and are supported by data, research, and consensus. Statements of significance describe the distinctive nature of the park and why an area is important within a global, national, regional, and systemwide context. They focus on the most important resources and values that will assist in park planning and management.

The following significance statements have been identified for Stonewall National Monument. (Please note that the sequence of the statements does not reflect the level of significance.)

- **Stonewall Uprising.** Inspired by earlier LGBTQ civil-rights activists and protests, the 1969 Stonewall uprising was a spontaneous vocal and forceful resistance to institutional oppression, unjust laws, and government authority. The uprising catalyzed the LGBTQ rights movement moving forward, sparking national headlines that raised visibility and awareness of LGBTQ people and emboldened more individuals to "come out" and advocate for LGBTQ equality. The Stonewall uprising led to the proliferation of activist and social groups across the country and internationally, transforming the earlier LGBTQ homophile movement into a cross-class/cross-spectrum, public, mass, nationwide political movement.

- **Symbolism.** The Stonewall uprising is the most well-known and widely used icon of the pursuit for LGBTQ rights. Used as a national and international symbol of LGBTQ activism and equality, the Stonewall uprising remains forever relevant as a point of pride, an expression of resistance to and liberation from institutional oppression, and a turning point that sparked changes in cultural attitudes and national policy and laws.

- **Commemorating History.** Stonewall National Monument commemorates an event that symbolizes decades of personal sacrifice, protests, and political and legal advocacy by LGBTQ people that continue to inspire and bring attention to the ongoing pursuit for civil rights and equality on the basis of sexual orientation and gender identity and expression. The designation of Stonewall National Monument was the culmination of a grassroots movement led by LGBTQ individuals, activists, and preservationists to elevate the history of the Stonewall uprising and the unfair treatment, brutality, and discrimination against LGBTQ people to the international stage, ensuring that the legacy of the Stonewall uprising will not be forgotten.



# Fundamental Resources and Values

Fundamental resources and values (FRVs) are those features, systems, processes, experiences, stories, scenes, sounds, smells, or other attributes determined to warrant primary consideration during planning and management processes because they are essential to achieving the purpose of the park and maintaining its significance. Fundamental resources and values are closely related to a park's legislative purpose and are more specific than significance statements.

Fundamental resources and values help focus planning and management efforts on what is truly significant about the park. One of the most important responsibilities of NPS managers is to ensure the conservation and public enjoyment of those qualities that are essential (fundamental) to achieving the purpose of the park and maintaining its significance. If fundamental resources and values are allowed to deteriorate, the park purpose and/or significance could be jeopardized.

The following fundamental resources and values have been identified for Stonewall National Monument:

- **Stonewall National Historic Landmark.** Christopher Park, the Stonewall Inn, and the nearby city streets were designated a national historic landmark in 2000. Designation as a national historic landmark acknowledges the national significance of all contributing resources with the landmark's boundary. The 0.12-acre parcel of land known as Christopher Park is owned and managed by the National Park Service (see presidential proclamation map in appendix A). The streets and sidewalks are owned by the City of New York and the Stonewall Inn is privately owned. The entirety of the Stonewall National Historic Landmark also falls within New York City's Greenwich Village Historic District (designated April 1969) and is protected by the city's Landmarks Law.

- **Stories and Archives.** Personal experiences, oral histories, and archives record the history of events leading up to the Stonewall uprising, the event itself, and related events that occurred following the uprising. These records also document the diversity and complexity of people's personal experiences and perspectives, past and present.

- **Partnerships.** With limited NPS ownership, cooperative partnerships with existing and future organized groups and government agencies are fundamental to telling the Stonewall story and preserving related resources. The presidential proclamation directs the National Park Service "to use applicable authorities to see to enter into agreements with others, and the New York City Department of Parks and Recreation in particular, to enhance public services and promote management efficiencies."

- **National Stage for Public Expression, Commemoration, and Public Engagement.** Christopher Park and its environs have remained a key gathering place for the LGBTQ community to assemble for marches and parades, express grief and anger, and participate in celebrations of victory and joy. For example, on June 26, 2015, within moments of the issuance of the Supreme Court's historic ruling in *Obergefell v. Hodges*, LGBTQ people assembled in Christopher Park to celebrate the court's recognition of a constitutional right to same-sex marriage. The monument also provides learning opportunities to raise public awareness about LGBTQ history, the effects of injustice, and foster an interest in preserving the monument's resources and lessons.

# Interpretive Themes

Interpretive themes are often described as the key stories or concepts that visitors should understand after visiting a park—they define the most important ideas or concepts communicated to visitors about a park unit. Themes are derived from, and should reflect, park purpose, significance, resources, and values. The set of interpretive themes is complete when it provides the structure necessary for park staff to develop opportunities for visitors to explore and relate to all park significance statements and fundamental resources and values.

Interpretive themes are an organizational tool that reveal and clarify meaning, concepts, contexts, and values represented by park resources. Sound themes are accurate and reflect current scholarship and science. They encourage exploration of the context in which events or natural processes occurred and the effects of those events and processes. Interpretive themes go beyond a mere description of the event or process to foster multiple opportunities to experience and consider the park and its resources. These themes help explain why a park story is relevant to people who may otherwise be unaware of connections they have to an event, time, or place associated with the park.

The following interpretive themes have been identified for Stonewall National Monument:

- **Stonewall Uprising.** The week-long Stonewall uprising that started on June 28, 1969, at the Stonewall Inn and spilled into Manhattan's surrounding West Village neighborhood was the catalyst that launched the modern LGBTQ movement.

- **LGBTQ Civil Rights Movement.** Protesters from the uprising quickly became activists, converting their success into a civil rights movement for the LGBTQ community that borrowed an array of strategies already proven successful in other civil rights and social movements of the 1960s.

- **The Legacy of the LGBTQ Civil Rights Movement.** Informed and motivated by the successful strategies of the Stonewall activists, the LGBTQ civil rights movement inspires passion and commitment from next generations of LGBTQ people and allies who continue advancement in the fight for full equality in the United States.



Foundation Document

# Part 2: Dynamic Components

The dynamic components of a foundation document include special mandates and administrative commitments and an assessment of planning and data needs. These components are dynamic because they will change over time. New special mandates can be established and new administrative commitments made. As conditions and trends of fundamental resources and values change over time, the analysis of planning and data needs will need to be revisited and revised, along with key issues. Therefore, this part of the foundation document will be updated accordingly.

## Special Mandates and Administrative Commitments

Many management decisions for a park unit are directed or influenced by special mandates and administrative commitments with other federal agencies, state and local governments, utility companies, partnering organizations, and other entities. Special mandates are requirements specific to a park that must be fulfilled. Mandates can be expressed in enabling legislation, in separate legislation following the establishment of the park, or through a judicial process. They may expand on park purpose or introduce elements unrelated to the purpose of the park. Administrative commitments are, in general, agreements that have been reached through formal, documented processes, often through memorandums of agreement. Examples include easements, rights-of-way, arrangements for emergency service responses, etc. Special mandates and administrative commitments can support, in many cases, a network of partnerships that help fulfill the objectives of the park and facilitate working relationships with other organizations. They are an essential component of managing and planning for Stonewall National Monument.

### Special Mandates

- The presidential proclamation states that the National Park Service "is directed to use applicable authorities to seek to enter into agreements with others, and the New York City Department of Parks and Recreation in particular, to enhance public services and promote management efficiencies."

### Administrative Commitments

- The National Park Service has an agreement with the National Parks and Conservation Association to provide advisory services.

- The National Park Service has an agreement with the Lesbian, Gay, Bisexual, and Transgender Community Center to provide advisory services and conduct an oral history project in conjunction with the Lower East Side Tenement Museum.

- The National Park Service has an agreement with New York City Parks to provide maintenance services for Christopher Park including trash and snow removal.

- The National Park Service has an agreement with the Christopher Park Alliance to provide advisory services, open and close the site, and maintain the Christopher Park gardens.

- The National Park Service has an agreement with the New York City Board of Education to provide educational advisory services.

- The National Park Service has an agreement with the New York City Planning Community Board 2 to provide advisory services.

## Assessment of Planning and Data Needs

Once the core components of part 1 of the foundation document have been identified, it is important to gather and evaluate existing information about the park's fundamental resources and values, and develop a full assessment of the park's planning and data needs. The assessment of planning and data needs section presents planning issues, the planning projects that will address these issues, and the associated information requirements for planning, such as resource inventories and data collection, including GIS data.

Typically, there are three sections in the assessment of planning and data needs:

- analysis of fundamental resources and values

- identification of key issues and associated planning and data needs

- identification of planning and data needs (including spatial mapping activities or GIS maps)

At the time this foundation document was developed, the park unit was newly established and the fundamental resources and values and planning and data needs had not been analyzed. These sections will be revisited in a future update.



## Identification of Key Issues and Associated Planning and Data Needs

This section considers key issues to be addressed in planning and management and therefore takes a broader view over the primary focus of part 1. A key issue focuses on a question that is important for a park. Key issues often raise questions regarding park purpose and significance and fundamental resources and values. For example, a key issue may pertain to the potential for a fundamental resource or value in a park to be detrimentally affected by discretionary management decisions. A key issue may also address crucial questions that are not directly related to purpose and significance, but which still affect them indirectly. Usually, a key issue is one that a future planning effort or data collection needs to address and requires a decision by NPS managers. This key issues assessment is not exhaustive and will be updated and revisited from time to time as projects are undertaken and as new issues emerge.

The following are key issues for Stonewall National Monument and the associated planning and data needs to address them:

- **Partnership Coordination.** As a new unit of the national park system, Stonewall National Monument is at the beginning stages of establishing partnerships, defining and developing visitor services, and creating interpretive media. The way this monument will thrive is through active collaboration efforts among the National Park Service, local residents and businesses, and partners. Many actions will depend on partner energy, attention, and funding.

  Clear coordination strategies between the park and its partners are needed in order to nimbly address emerging issues and opportunities while efficiently leveraging the resources and strengths of partner organizations. Partnership parks function at their best when all partners are coordinated and oriented toward the core mission of the park and there is minimal duplication of efforts or competition among organizations. Currently, the park is challenged to create a partnership environment in which all partners understand how they fit into the overall management picture, are secure and feel valued in their role, and benefit from the efforts of their fellow partner organizations in the realization of their own missions.

  - *Associated high priority planning and data needs:* Partnership strategy

- **Visitor Experience and Education.** Expectations in new park units run high—especially expectations for public services and visitor experiences. As a partnership park, Stonewall National Monument generally relies on programming and services that exist through partner organizations, then identifies areas where the National Park Service can add value to those existing services. Planning for these services and experiences will allow the park to make decisions and set priorities that help to strategically apportion limited NPS resources to their best advantage to do the most good in service to the public.

  - *Associated high priority planning and data needs:* Visitor experience plan, partnership strategy

- **Operational Efficiency and Management of Multiple Park Units.** Stonewall National Monument is one of nine NPS units in New York City. All nine sites fall under a single management group, sharing staff and various administrative resources. The historic buildings and landscapes that make up these nine sites are woven into the urban fabric of New York City and are spread out over numerous city blocks. Approximately 21 miles from the southernmost park to the northernmost park, it is roughly a 1.5-hour trip one way. The large number of sites, their geographic distribution, and their various visitation levels create logistical challenges for meeting stewardship and maintenance objectives as well as providing appropriate staffing levels and visitor access. A comprehensive understanding of each site's maintenance, visitation, and staffing needs would guide management in balancing the operational needs at each park.

  - *Associated high priority planning and data needs:* Business plan, partnership strategy, visitor use study

# Part 3: Contributors

## Stonewall National Monument

Jamie Adams, Park Ranger

Barbara Applebaum, Chief of Interpretation (retired)

Shirley McKinney, Superintendent

## NPS Northeast Region

April Antonellis, Education Specialist

Chris Beagan, Historical Landscape Architect

Joanne Blacoe, Interpretation Planner

Amanda Casper, Historian

Shaun Eyring, Chief of Cultural Resources

David Goldstein, Cultural Anthropologist

Sylvea Hollis, NPS Mellon Humanities Post-Doctoral Fellow

Amanda Jones, Community Planner, Project Lead

Lisa Kolakowski, Community Planner

## Other NPS Staff

Allan Dailey, Supervisory Park Ranger, Roosevelt-Vanderbilt-Van Buren National Historic Sites

Nancy Shock, Foundation Coordinator, Denver Service Center, Planning Division

Megan Springate, Interpretation Coordinator, Cultural Resources Office of Interpretation and Education

Philip Viray, Publications Chief, Denver Service Center, Planning Division

John Paul Jones, Visual Information Specialist, Denver Service Center, Planning Division

Laura Watt, Contract Editor, Denver Service Center, Planning Division

## Partners

Susanna Aaron, Liaison to New York City Community Board #2

Andre Becker, Christopher Park Alliance

National Park Foundation

Tatiana Orlov, Senior Program Manager – Northeast Region, National Parks Conservation Association

Mary Steyer, Senior Director of Communications, The Lesbian, Gay, Bisexual & Transgender Community Center

Robert A. Woodworth, Stonewall Project Consultant, The Lesbian, Gay, Bisexual & Transgender Community Center

Cortney Worrall, Senior Regional Director – Northeast Region, National Parks Conservation Association

# Appendixes

## Appendix A: Presidential Proclamation for Stonewall National Monument

42215

Federal Register
Vol. 81, No. 125
Wednesday, June 29, 2016

**Presidential Documents**

Title 3—

The President

Proclamation 9465 of June 24, 2016

**Establishment of the Stonewall National Monument**

**By the President of the United States of America**

**A Proclamation**

Christopher Park, a historic community park located immediately across the street from the Stonewall Inn in the Greenwich Village neighborhood of New York City (City), is a place for the lesbian, gay, bisexual, and transgender (LGBT) community to assemble for marches and parades, expressions of grief and anger, and celebrations of victory and joy. It played a key role in the events often referred to as the Stonewall Uprising or Rebellion, and has served as an important site for the LGBT community both before and after those events.

As one of the only public open spaces serving Greenwich Village west of 6th Avenue, Christopher Park has long been central to the life of the neighborhood and to its identity as an LGBT-friendly community. The park was created after a large fire in 1835 devastated an overcrowded tenement on the site. Neighborhood residents persuaded the City to condemn the approximately 0.12-acre triangle for public open space in 1837. By the 1960s, Christopher Park had become a popular destination for LGBT youth, many of whom had run away from or been kicked out of their homes. These youth and others who had been similarly oppressed felt they had little to lose when the community clashed with the police during the Stonewall Uprising.

In the early morning hours of June 28, 1969, a riot broke out in response to a police raid on the Stonewall Inn, at the time one of the City's best known LGBT bars. Over the course of the next several days, more demonstrations and riots occurred in the surrounding neighborhood including Christopher Park. During these days, because of its strategic location across from the bar, Christopher Park served as a gathering place, refuge, and platform for the community to voice its demand for LGBT civil rights. The Stonewall Uprising is considered by many to be the catalyst that launched the modern LGBT civil rights movement. From this place and time, building on the work of many before, the Nation started the march—not yet finished—toward securing equality and respect for LGBT people.

Christopher Park and its environs have remained a key gathering place for the LGBT community. For example, on June 26, 2015, within moments of the issuance of the Supreme Court's historic ruling in *Obergefell* v. *Hodges*, LGBT people headed to Christopher Park to celebrate the Court's recognition of a constitutional right to same-sex marriage. A few days later, Governor Cuomo continued that celebration by officiating at the marriage of two gay men directly outside the Stonewall Inn. Within minutes of the recent news of the murders of 49 people in a nightclub in Orlando, Florida—one of the most deadly shootings in American history—LGBT people and their supporters in New York headed again to Christopher Park to mourn, heal, and stand together in unity for the fundamental values of equality and dignity that define us as a country.

Today, Christopher Park is surrounded by brick sidewalks and a nineteenth century wrought-iron fence with gated openings. Educational signs about the Stonewall Uprising are found near the large arched main entryway. Divided into two halves, the western side of the park is open to the public

42216    Federal Register / Vol. 81, No. 125 / Wednesday, June 29, 2016 / Presidential Documents

on a daily basis and contains a small plaza lined with brick pavers and benches. George Segal's sculpture, ''Gay Liberation,'' stands as a focal point of the plaza. The sculpture was commissioned in 1979 on the tenth anniversary of the Stonewall Uprising, and its installation in 1992 cemented Christopher Park's role as a destination for those wishing to understand the significance of the Stonewall Uprising. The eastern half of the park contains two structures erected in 1936: a statue of Civil War General Philip Sheridan, and a memorial flagstaff and plaque honoring Colonel Ephraim Elmer Ellsworth, an officer with the New York Fire Zouaves during the Civil War.

Across the street from Christopher Park is the target of the June 28, 1969, police raid, the Stonewall Inn (51–53 Christopher Street), originally built in 1843 and 1846 as two separate two-story horse stables. In 1930, the two buildings were combined into one commercial space with a new single exterior facade. In 1934, the first-floor space opened as a restaurant called Bonnie's Stonewall Inn, which served the neighborhood for over 30 years. The restaurant closed in 1966, but was reopened in 1967 as an LGBT bar called the Stonewall Inn.

The streets and sidewalks in the neighborhood surrounding Christopher Park and the Stonewall Inn are an integral part of the neighborhood's historic character and played a significant role in the Stonewall Uprising. The narrow streets bend, wrap back on themselves, and otherwise create directional havoc. In the early 1800s, the residents rejected the City's attempts to enlarge the neighborhood streets and align them with the City's grid plan, and the extension of Seventh Avenue South through the area in the early 1900s only added confusion. During the Stonewall Uprising, this labyrinthine street pattern helped the LGBT demonstrators, who knew the neighborhood, to evade riot-control police, who were not from the local precinct.

Viewed from Christopher Park's central location, this historic landscape—the park itself, the Stonewall Inn, the streets and sidewalks of the surrounding neighborhood—reveals the story of the Stonewall Uprising, a watershed moment for LGBT civil rights and a transformative event in the Nation's civil rights movement on par with the 1848 Women's Rights Convention at Seneca Falls and the 1965 Selma-to-Montgomery March for voting rights in its role in energizing a broader community to demand equal rights.

Although the 1960s were a time of social and political change that brought greater freedom to many segments of society, these new-found freedoms did not extend to members of the LGBT community. They faced increased oppression and criminal prosecution even for being physically intimate with consensual partners. In New York City, LGBT people were frequently arrested for acts such as same-sex dancing and kissing and wearing clothes of the perceived opposite gender. In some States, adults of the same sex caught having consensual sex in their own home could receive sentences of up to life in prison or be confined to a mental institution, where they faced horrific procedures, such as shock therapy, castration, and lobotomies. LGBT Americans lived their lives in secrecy for fear of losing their jobs, being evicted from their homes, or being arrested. For LGBT people of color or living in poverty, life was especially challenging.

For over a century, Greenwich Village has attracted Americans of all kinds with an interest in political activism and nonconformity. By the 1930s, Greenwich Village was home to a significant LGBT community. Despite the aggressive anti-LGBT policies and practices that emerged in the City in the 1950s and 60s, a variety of bars, nightclubs, restaurants, hotels, and private clubs catered to an LGBT clientele. Many establishments lasted only a few months before police raided them and shut them down, a practice that intensified during mayoral election years such as 1969.

The police frequently raided LGBT bars for illegally selling alcoholic drinks to ''homosexuals.'' LGBT bars operated by organized crime syndicates often paid off members of the police force and in return received tips about when raids were planned. As part of a crackdown on LGBT bars in June 1969, the Public Morals squad of Manhattan's First Police Division raided

Foundation Document

the Stonewall Inn on June 24, 1969, confiscated its liquor, and arrested its employees. The Stonewall Inn reopened the next day. Having made only minimal impact with this raid, the police decided to plan a surprise raid for the following Friday night or Saturday morning, when the bar would be crowded.

On June 28, 1969, undercover police officers raided the Stonewall Inn around 1:15 a.m., after one of them witnessed the illegal sale of alcohol. Customers resisted the police by refusing to show identification or go into a bathroom so that a police officer could verify their sex. As police officers began making arrests, the remaining customers gathered outside instead of dispersing as they had in the past. They cheered when friends emerged from the bar under police escort, and they shouted "Gay Power!" and "We Want Freedom!". As word spread, the gathering grew in size and a riot ultimately ensued. Around 3:00 a.m., the City's riot-control force appeared, and started to push the crowd away from the Stonewall Inn. But the crowd refused to disperse. Groups of demonstrators retreated to nearby streets, only to cut back and regroup near the Stonewall Inn and Christopher Park. The riot finally abated about 4:30 a.m., but during the next week several more protests formed, and in some cases, led to new riots and confrontations with the police.

The Stonewall Uprising changed the Nation's history. After the Stonewall incident, the LGBT community across the Nation realized its power to join together and demand equality and respect. Within days of the events, Stonewall seemed to galvanize LGBT communities across the country, bringing new supporters and inspiring LGBT activists to organize demonstrations to show support for LGBT rights in several cities. One year later, the number of LGBT organizations in the country had grown from around 50 to at least 1,500, and Pride Marches were held in a number of large cities to commemorate the Stonewall Uprising.

The quest for LGBT equality after Stonewall evolved from protests and small gatherings into a nationwide movement. Lesbian women, gay men, bisexual and transgender people united to ensure equal rights for all people regardless of their sexual orientation or gender identity. Hard-fought civil rights victories in courtrooms and statehouses across the country set the stage for victories in the Supreme Court that would have seemed unthinkable to those who rose up in Greenwich Village in June 1969. Today, communities, cities, and nations celebrate LGBT Pride Days and Months, and the number of Pride events approaches 1,000. The New York City Police Department now has an LGBT Liaison Unit to build positive relations with the LGBT community, and provides the community with expert protection when threats are identified. Most importantly, the Nation's laws and jurisprudence increasingly reflect the equal treatment that the LGBT community deserves. There is important distance yet to travel, but through political engagement and litigation, as well as individual acts of courage and acceptance, this movement has made tremendous progress toward securing equal rights and equal dignity.

WHEREAS, section 320301 of title 54, United States Code (known as the "Antiquities Act"), authorizes the President, in the President's discretion, to declare by public proclamation historic landmarks, historic and prehistoric structures, and other objects of historic or scientific interest that are situated upon the lands owned or controlled by the Federal Government to be national monuments, and to reserve as a part thereof parcels of land, the limits of which in all cases shall be confined to the smallest area compatible with the proper care and management of the objects to be protected;

WHEREAS, in 2000, the Secretary of the Interior (Secretary) designated the Stonewall Inn, Christopher Park, and portions of the surrounding neighborhood as a National Historic Landmark for its association with the Stonewall Uprising, a momentous event that inspired a national LGBT civil rights movement;

42218    Federal Register / Vol. 81, No. 125 / Wednesday, June 29, 2016 / Presidential Documents

WHEREAS, for the purpose of establishing a national monument to be administered by the National Park Service, the City of New York has donated to the Federal Government fee title to the approximately 0.12-acre Christopher Park;

WHEREAS, the designation of a national monument at the site of the Stonewall Uprising would elevate its message and story to the national stage and ensure that future generations would learn about this turning point that sparked changes in cultural attitudes and national policy towards LGBT people over the ensuing decades;

WHEREAS, it is in the public interest to preserve and protect Christopher Park and the historic objects associated with it in the Stonewall National Historic Landmark;

NOW, THEREFORE, I, BARACK OBAMA, President of the United States of America, by the authority vested in me by section 320301 of title 54, United States Code, hereby proclaim the objects identified above that are situated upon lands and interests in lands owned or controlled by the Federal Government to be the Stonewall National Monument (monument) and, for the purpose of protecting those objects, reserve as a part thereof all lands and interests in lands owned or controlled by the Federal Government within the boundaries described on the accompanying map, which is attached to and forms a part of this proclamation. The reserved Federal lands and interests in lands encompass approximately 0.12 acres. The boundaries described on the accompanying map are confined to the smallest area compatible with the proper care and management of the objects to be protected.

All Federal lands and interests in lands within the boundaries described on the accompanying map are hereby appropriated and withdrawn from all forms of entry, location, selection, sale, or other disposition under the public land laws, from location, entry, and patent under the mining laws, and from disposition under all laws relating to mineral and geothermal leasing.

The establishment of the monument is subject to valid existing rights. If the Federal Government acquires any lands or interests in lands not owned or controlled by the Federal Government within the boundaries described on the accompanying map, such lands and interests in lands shall be reserved as a part of the monument, and objects identified above that are situated upon those lands and interests in lands shall be part of the monument, upon acquisition of ownership or control by the Federal Government.

The Secretary shall manage the monument through the National Park Service, pursuant to applicable legal authorities, consistent with the purposes and provisions of this proclamation. The Secretary shall prepare a management plan, with full public involvement and in coordination with the City, within 3 years of the date of this proclamation. The management plan shall ensure that the monument fulfills the following purposes for the benefit of present and future generations: (1) to preserve and protect the objects of historic interest associated with the monument, and (2) to interpret the monument's objects, resources, and values related to the LGBT civil rights movement. The management plan shall, among other things, set forth the desired relationship of the monument to other related resources, programs, and organizations, both within and outside the National Park System.

The National Park Service is directed to use applicable authorities to seek to enter into agreements with others, and the New York City Department of Parks and Recreation in particular, to enhance public services and promote management efficiencies.

Nothing in this proclamation shall be deemed to revoke any existing withdrawal, reservation, or appropriation; however, the monument shall be the dominant reservation.

Federal Register / Vol. 81, No. 125 / Wednesday, June 29, 2016 / Presidential Documents    42219

Warning is hereby given to all unauthorized persons not to appropriate, injure, destroy, or remove any feature of this monument and not to locate or settle upon any of the lands thereof.

IN WITNESS WHEREOF, I have hereunto set my hand this twenty-fourth day of June, in the year of our Lord two thousand sixteen, and of the Independence of the United States of America the two hundred and fortieth.





20

# Appendix B: Stonewall National Historic Landmark Nomination



## United States Department of the Interior

NATIONAL PARK SERVICE
1849 C Street, N.W.
Washington, DC 20240

AUG 1 7 2016

Memorandum

To:        Regional Director, Northeast Region
            Associate Director, Park Planning, Facilities, and Lands

From:      Director

Subject:   Activation:  Presidential Proclamation 9465, Establishment of the Stonewall National Monument

On June 24, 2016, President issued Presidential Proclamation 9465, establishing the Stonewall National Monument in New York City, New York.  A copy of the proclamation is attached.

The purpose of the national monument is to preserve and interpret resources associated with the Stonewall Uprising or Rebellion, a momentous event in the history of the civil rights movement for the lesbian, gay, bisexual, and transgender (LGBT) community.  The uprising was a riot in response to a police raid on June 28, 1969, on the Stonewall Inn, a well-known LGBT bar, and the continued riots and demonstrations in the neighborhood in the days that followed.  The monument consists of the 0.12-acre parcel of land known as Christopher Park, located across the street from the Stonewall Inn, which was donated to the federal government by the City of New York.  The proclamation establishes a national monument boundary encompassing 7.70 acres of lands that include the Stonewall Inn and nearby city streets, which is identical to the boundary of the Stonewall National Historic Landmark.  Any lands within the boundary acquired by the federal government would be added to the national monument.

As one of the only public open spaces serving Greenwich Village west of 6th Avenue, Christopher Park has long been central to the life of the neighborhood and to its identity as an LGBT-friendly community.  The park was created in 1837 after a large fire in 1835 devastated an overcrowded tenement on the site. The park became an important place, both before the Stonewall Uprising and after, for the LBGT community to assemble for marches and parades, expressions of grief and anger, and celebrations of victory and joy.

This proclamation directs the Secretary of the Interior to manage the monument through the National Park Service, pursuant to applicable legal authorities, consistent with the purposes and provisions of this proclamation.  It directs the Secretary to prepare a management plan, with full public involvement and in coordination with New York City within three years of the date of this proclamation.  The management plan shall ensure that the monument fulfills the following purposes for the benefit of present and future generations: (1) to preserve and protect the objects of historic interest associated with the monument, and (2) to interpret the monument's objects, resources, and values related to the LGBT civil rights movement.  The management plan shall,

Foundation Document

among other things, set forth the desired relationship of the monument to other related resources, programs, and organizations, both within and outside the National Park System.

The National Park Service is directed to use applicable authorities to seek to enter into agreements with others, and the New York City Department of Parks and Recreation in particular, to enhance public services and promote management efficiencies.

Background

The national significance of the Stonewall site was formally recognized in 2000, when the Secretary of the Interior designated the Stonewall Inn, Christopher Park, and streets in the neighborhood a national historic landmark.

In August, 2015, in order to assess whether the Stonewall site was likely to meet the National Park Service's criteria for addition to the National Park System, Senator Kirsten Gillibrand (D-NY) and Representative Jerrold Nadler (D-NY-10) requested that the National Park Service conduct a reconnaissance survey of the Stonewall National Historic Landmark.  The survey, transmitted to Congress in April, 2016, noted that the Secretary of the Interior had previously determined that the site met the criteria for national significance, and it made a preliminary determination that it was likely to meet the other new-unit criteria of suitability, feasibility, and need for National Park Service management.

Senator Gillibrand and Representative Nadler also introduced identical bills, S. 2386 and H.R. 4230, respectively, to authorize the establishment of the Stonewall National Historic Site as a unit of the National Park System. Both bills were introduced on December 10, 2015.  No action was taken on either bill.

Responsibility:        Regional Director, Northeast Region
                       Associate Director, Park Planning, Facilities, and Lands

Attachment:            Presidential Proclamation 9465

## Northeast Region Foundation Document Recommendation
## Stonewall National Monument

**May 2019**

**This Foundation Document has been prepared as a collaborative effort between park and regional staff and is recommended for approval by the Northeast Regional Director.**

*Shirley McKinney*

May 6, 2019

**RECOMMENDED**
**Shirley McKinney, Superintendent, Stonewall National Monument**                     **Date**

*Joshua Laird*

JOSHUA LAIRD — Digitally signed by JOSHUA LAIRD Date: 2019.05.07 16:48:34 -04'00'

**RECOMMENDED**
**Joshua Laird, Commissioner, National Parks of New York Harbor**                     **Date**

May 9, 2019

**APPROVED**
**Gay Vietzke, Regional Director, Northeast Region**                     **Date**




As the nation's principal conservation agency, the Department of the Interior has responsibility for most of our nationally owned public lands and natural resources. This includes fostering sound use of our land and water resources; protecting our fish, wildlife, and biological diversity; preserving the environmental and cultural values of our national parks and historic places; and providing for the enjoyment of life through outdoor recreation. The department assesses our energy and mineral resources and works to ensure that their development is in the best interests of all our people by encouraging stewardship and citizen participation in their care. The department also has a major responsibility for American Indian reservation communities and for people who live in island territories under U.S. administration.

STON 668/152903
May 2019

**Foundation Document  •  Stonewall National Monument**



NATIONAL PARK SERVICE  •  U.S. DEPARTMENT OF THE INTERIOR