

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 26, 2026

**By ECF**

The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

Request GRANTED.  The parties' deadline to submit their joint letter and proposed Civil Case Management Plan and Scheduling Order is extended to **March 31, 2026**.  **SO ORDERED.**

Dated: March 27, 2026
New York, New York    **JENNIFER L. ROCHON**
**United States District Judge**



Re:    *Gilbert Baker Foundation et al. v. U.S. Department of the Interior et al.*, No. 26 Civ. 1317 (JLR)

Dear Judge Rochon:

This Office represents defendants United States Department of the Interior, Doug Burgum, in his official capacity as Secretary of the Interior, National Park Service ("NPS"), Jessica Bowron, in her official capacity as Acting Director of NPS, and Amy Sebring, in her official capacity as Superintendent of Manhattan Sites for NPS (collectively, the "Government"), in the above-referenced action.

I write on behalf of the parties respectfully to request a brief extension of time to file the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order, from March 27, 2026, to March 31, 2026.  *See* ECF No. 20.  The reason for the requested extension is that the parties have been engaged in discussions regarding a resolution of this case, and the additional time will allow the parties to continue those discussions.  This is the parties' first request for an extension of time to file the joint letter and Civil Case Management Plan and Scheduling Order. Plaintiffs consent to this request.

We thank the Court for its consideration of this request.

Respectfully,

JAY CLAYTON
United States Attorney

By:    */s/* Jeffrey Oestericher
JEFFREY S. OESTERICHER
Chief, Civil Division
Tel.: (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov

cc: All Counsel of Record via ECF