

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

---

*86 Chambers Street*
*New York, New York 10007*

March 31, 2026

**By ECF**
The Honorable Jennifer L. Rochon
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, NY 10007

> Re:   *Gilbert Baker Foundation et al. v. U.S. Department of the Interior et al.*,
> No. 26 Civ. 1317 (JLR)

Dear Judge Rochon:

This Office represents defendants United States Department of the Interior, Doug Burgum, in his official capacity as Secretary of the Interior, National Park Service ("NPS"), Jessica Bowron, in her official capacity as Acting Director of NPS, and Amy Sebring, in her official capacity as Superintendent of Manhattan Sites for NPS (collectively, the "Government"), in the above-referenced action. I write respectfully to request a two-week extension of time to file the parties' joint letter and proposed Civil Case Management Plan and Scheduling Order, from March 31, 2026, to April 14, 2026. Additionally, I respectfully request a corresponding adjournment of the initial conference, from April 8, 2026, to April 27, 28, or another date that is convenient for the Court. The reason for these requests is that the parties are continuing to engage in discussions regarding a resolution of this matter, but certain attorneys and agency contacts are expected to be absent over the next two weeks due to the upcoming holidays.

This is the second request for an extension of time to file the joint letter and Civil Case Management Plan and Scheduling Order, and first request for an adjournment of the initial conference. Plaintiffs consent to these requests.

We thank the Court for its consideration of these requests.

Request GRANTED. The parties' Initial Pretrial Conference shall be adjourned from April 8, 2026, to **April 29, 2026, at 3:30 p.m.** In accordance with Paragraph 2.D of the Court's Individual Rules and Practices, the parties must file on ECF a joint letter, as well as a proposed Civil Case Management Plan and Scheduling Order attached as an exhibit to the joint letter, no later than ten calendar days before the conference date.

**SO ORDERED.**

Dated: April 1, 2026
New York, New York

JENNIFER L. ROCHON
**United States District Judge**

Respectfully,

JAY CLAYTON
United States Attorney

By:   */s/ Jeffrey Oestericher*
JEFFREY S. OESTERICHER
Chief, Civil Division
Tel.: (212) 637-2695
Email: jeffrey.oestericher@usdoj.gov