**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GILBERT BAKER FOUNDATION; CHARLES BEAL; VILLAGE PRESERVATION; and EQNY FUND, INC. d/b/a EQUALITY NEW YORK, <br><br>        Plaintiffs, <br><br>    -against- <br><br>U.S. DEPARTMENT OF THE INTERIOR and DOUG BURGUM, in his official capacity as Secretary of the U.S. Department of the Interior; NATIONAL PARK SERVICE and JESSICA BOWRON, in her official capacity as Acting Director of the National Park Service; and AMY SEBRING, in her official capacity as Superintendent of Manhattan Sites, <br><br>        Defendants. | No. 26 Civ. 1317 (JLR) |

## STIPULATION OF VOLUNTARY DISMISSAL

WHEREAS, on February 17, 2026, plaintiffs Gilbert Baker Foundation, Charles Beal, Village Preservation, and EQNY Fund, Inc., d/b/a Equality New York (collectively, "Plaintiffs") filed a complaint (the "Action") against defendants U.S. Department of the Interior and Doug Burgum, in his official capacity as the Secretary of the U.S. Department of the Interior, the National Park Service ("NPS") and Jessica Bowron, in her official capacity as Acting Director of the NPS, and Amy Sebring, in her official capacity as Superintendent of Manhattan Sites for the NPS (collectively, "Defendants"), challenging the removal of the Pride flag from Stonewall National Monument ("Stonewall") on February 9, 2026;

WHEREAS, Plaintiffs and Defendants (collectively, the "parties") have conferred, and Defendants have confirmed their intention to maintain a Pride flag at Stonewall;

WHEREAS, the parties agree that under current law and policy, the Pride flag will remain hanging at Stonewall and will not be removed save for maintenance or other practical purposes; and

WHEREAS, the parties have reached the resolution contained in this Stipulation of Voluntary Dismissal (the "Stipulation");

IT IS THEREFORE STIPULATED AND AGREED, by and between the parties, through their respective counsel, that the Action shall be settled and compromised on the following terms and conditions:

1.     Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this Action is voluntarily dismissed with prejudice, and without costs, fees, disbursements, or expenses to any party.

2.     Within seven (7) days of the filing of this Stipulation, NPS shall hang three equally sized, three feet by five feet flags on the flagpole at Stonewall.  NPS will hang the American flag at the top of the flagpole in accordance with current guidance, and below the American flag, on either side, NPS will hang the rainbow Pride and NPS flags.

3.     The parties understand and agree that this Stipulation contains the entire agreement between them, and that no statements, representations, promises, agreements, or negotiations, oral or otherwise, between the parties or their counsel that are not included herein shall have any force or effect.

4.     The Court shall retain jurisdiction over this Action for the purpose of enforcing the terms of this Stipulation.

* * *

Dated: April 9, 2026
      New York, New York

      JAY CLAYTON
      United States Attorney

By:   _____
      JEFFREY S. OESTERICHER
      United States Attorney's Office
      Southern District of New York
      86 Chambers Street, Third Floor
      New York, New York 10007
      Tel.: (212) 637-2695
      Email: jeffrey.oestericher@usdoj.gov

*Attorney for Defendants*

Dated: April 13, 2026
      Washington, DC

By:   _____
      ALEXANDER KRISTOFCAK
      Washington Litigation Group
      1717 K Street, NW, Suite 1120
      Washington, DC 20006
      Tel.: (202) 521-8734
      Email: akristofcak@washingtonlitigationgroup.org

      KAREN L. LOEWY
      Lambda Legal Defense and Education Fund, Inc.
      120 Wall Street, 19th Floor
      New York, NY 10005
      Tel. (212) 809-8585
      Email: kloewy@lambdalegal.org

*Attorneys for Plaintiffs*

The Clerk of Court is respectfully directed to CLOSE this case.

SO ORDERED:

_____
HONORABLE JENNIFER L. ROCHON
United States District Judge

Dated:   April 13, 2026   _____